Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| KHOU THOR, | Civil Action No. 1:04-CV-6701 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until June 11, 2005, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, December 14, 2005, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

| | | |
|---|---|---|
| 1 | Dated:  May 11, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: May 11, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   May 16, 2005**                **/s/ Lawrence J. O'Neill**
b9ed48                                   UNITED STATES MAGISTRATE JUDGE