1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 KHOU THOR                    )
                                )  Civil Action No. 1:04-CV-6701 OWW LJO
11                              )
          Plaintiff,            )  STIPULATION AND ORDER
12                              )
   vs.                          )
13                              )
   JO ANNE B. BARNHART,         )
14 Commissioner of Social       )
   Security,                    )
15                              )
          Defendant.            )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until September 16, 2005, in which to file

20 and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21 September 25, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27

28

| | | |
|---|---|---|
| 1 | Dated:  August 18, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: August 18, 2005 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan <br> (as authorized via facsimile) <br> KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   August 22, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE