1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
   KHOU THOR,                    )    1:04-cv-6701 OWW LJO
11                               )
              Plaintiff,         )    STIPULATION AND ORDER
12                               )    TO EXTEND TIME
                                 )
13            v.                 )
                                 )
14 JO ANNE B. BARNHART,          )
   Commissioner of Social        )
15 Security,                     )
                                 )
16            Defendant.         )
   _____)
17

18      The parties, through their respective counsel, stipulate
19 that defendant's time to respond to plaintiff's opening brief be
20 extended from October 19, 2005 to November 17, 2005,
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28
                                    1

1     This is the defendant's first request for an extension of
2 time to respond to plaintiff's opening brief.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.
5                             Respectfully submitted,
6 Dated: October 5, 2005
7                             /s/ Gina M. Fazio
                              (As authorized via facsimile)
8                             /s/ GINA M. FAZIO
9                             Attorney for Plaintiff
10
11 Dated: October 5, 2005      McGREGOR W. SCOTT
                              United States Attorney
12
13
                              /s/ Kristi C. Kapetan
14                            KRISTI C. KAPETAN
                              Assistant U.S. Attorney
15
16
17
18
19           IT IS SO ORDERED.
20 **Dated:   November 14, 2005**            **/s/ Lawrence J. O'Neill**
   b9ed48                        UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28
                                    2