```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOU THOR, ) | 1:04-cv-6701 OWW LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from November 17, 2005 to December 30, 2005.

///

///

///

///

///

///

///

1

1   This is defendant's second request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                    Respectfully submitted,

Dated: November 16, 2005

                                    /s/ Gina M. Fazio
                                    (as authorized by facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: November 17, 2005            McGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney




       IT IS SO ORDERED.

**Dated:   November 18, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE

2