```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOU THOR, ) | 1:04-cv-06701 OWW LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

After defendant's review of the Administrative Record in this case, defendant discovered that significant records, including the 2004 Administrative Law Judge decision and the Appeals Council letter of denial of that decision, were missing from the record. After consultation with the Office of Hearings and Appeals, it was determined that the administrative record should be supplemented and renumbered in order to present a complete record of administrative proceedings in this case.

///

///

1

Therefore, based on the above, the parties, through their respective counsel, request that the Court amend the briefing schedule as stipulated below:

1. Defendant will file an amended administrative record on or before December 30, 2005;

2. Plaintiff will have 30 days, after receipt of the amended administrative record, to file an amended opening brief; and,

3. Within 30 days of the filing of plaintiff's amended opening brief, defendant will file a response.

                              Respectfully submitted,

Dated: November 30, 2005

                              /s/ Gina M. Fazio
                              (as authorized by facsimile)
                              GINA M. FAZIO
                              Attorney for Plaintiff


Dated: November 30, 2005       McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   December 2, 2005**                **/s/ Lawrence J. O'Neill**
b9ed48                                  UNITED STATES MAGISTRATE JUDGE