```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4036

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOU THOR, ) | 1:04-cv-6701 OWW LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from March 6, 2006 to April 5, 2006.

///

///

///

///

///

///

1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.
5
                            Respectfully submitted,
6
7
Dated: March 2, 2006
8                                   /s/ Gina M. Fazio
                                    (as authorized via facsimile)
9                                   GINA M. FAZIO
                                    Attorney for Plaintiff
10
11
Dated: March 2, 2006                McGREGOR W. SCOTT
12                                  United States Attorney
13
14
                                    /s/ Kristi C. Kapetan
15                                  KRISTI C. KAPETAN
                                    Assistant U.S. Attorney
16
17
18              IT IS SO ORDERED.
19 **Dated:   March 8, 2006**              **/s/ Lawrence J. O'Neill**
   b9ed48                                 UNITED STATES MAGISTRATE JUDGE
20

2