# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHOU THOR, | ) | 1:04cv6701 LJO NEW (DLB) |
| | ) | |
| Plaintiff, | ) ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 35) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

On March 12, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 12, 2007, is ADOPTED IN FULL; and

2.       The appeal is DENIED. Judgment SHALL be entered for Defendant Michael J. Astrue, Commissioner of Social Security, and against Plaintiff Khou Thor.

IT IS SO ORDERED.

**Dated:**   **April 2, 2007**                       **/s/ Lawrence J. O'Neill**
b9ed48                                           UNITED STATES DISTRICT JUDGE